IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HARCO NATIONAL INSURANCE COMPANY, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 7:24-CV-118-M-RN |
| RPE CONTRACTING, INC., RPE HOLDINGS, LLC, OCCIDENTAL LOGISTICS, LLC, and MICHAEL SCOTT RIVERS | ) |
| *Defendants.* | ) |

## ORDER GRANTING MOTION FOR ENTRY OF DEFAULT

This matter came before the Court on Harco National Insurance Company's ("Harco") Motion for Entry of Default Against RPE Holdings, LLC, Occidental Logistics, LLC, and Michael Scott Rivers (the "Motion"). The Record in this matter reflects that this Court granted Harco leave to serve the Defendants by publication in accordance with Fed. R. Civ. P. 4(e)(1) and 4(h)(1)(A) and S.C. Code Ann. § 15-9-710 by Order dated December 13, 2024. The Record further reflects that Harco effectuated service by publication on February 13, 2025 and that Defendants failed to plead or otherwise defend within 30 days of the date following February 13, 2025 as required by the Court's December 13, 2024 Order. Accordingly, Harco's Motion is GRANTED, and default is hereby entered against each Defendant as provided in Fed. R. Civ. P. 55(a).

Dated: 4-30-2025

_____
PETER A. MOORE, JR.
CLERK OF COURT